Kathryn P. Salyer, OSB #883017
ksalyer@fwwlaw.com
Farleigh Wada Witt
121 SW Morrison Street, Suite 600
Portland, Oregon 97204-3136
Telephone: (503) 228-6044
Facsimile: (503) 228-1741

Attorneys for CitiMortgage, Inc. and Mortgage Electronic Registration System, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| TIMOTHY W. MCCORMACK and DEANNA P. MCCORMACK, husband and wife,<br><br>　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>CITIMORTGAGE CORPORATION, a Missouri Corporation, MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC. a Delaware Corporation, CAL-WESTERN RECONVEYANCE CORPORATION, a California Bank Corporation,<br><br>　　　　　　　Defendants. | Case No. CV-11-372 ST<br><br>STIPULATED GENERAL JUDGMENT OF DISMISSAL AND ORDER |

Plaintiffs by and through their attorney, Terry Scannell, and Defendants CitiMortgage Corporation and Mortgage Electronic Registration System, Inc., by and through their attorney, Kathryn P. Salyer, and Defendant Cal-Western Reconveyance Corporation, by their attorney, David Boulanger, and the stipulation of the parties hereto as evidenced by their signatures below,

//

Page 1 -   STIPULATED GENERAL JUDGMENT OF DISMISSAL AND ORDER

//

       IT IS HEREBY ORDERED AND ADJUDGED that the above-captioned case is dismissed with prejudice and without costs or attorneys fees to either party.

Dated this _18th_ day of July, 2011.

                                                         /s/ Janice M. Stewart
                                                         Judge

IT IS SO STIPULATED:

FARLEIGH WADA WITT

By: /s/ Kathryn P. Salyer
     Kathryn P. Salyer, OSB #883017
     Of Attorneys for Defendants CitiMortgage, Inc. and
     Mortgage Electronic Registration System, Inc.

By: /s/ Terry Scannell
     Terry Scannell, OSB #853220
     Attorney for Trustee

By: /s/ Dvaid Boulanger
     David Boulanger, OSB #092943
     Attorney for Cal-Western Reconveyance Corporation

**SUBMITTED BY:**

FARLEIGH WADA WITT

Kathryn P. Salyer, OSB #883017
Of Attorneys for Plaintiff

Page 2 -   STIPULATED GENERAL JUDGMENT OF DISMISSAL AND ORDER